IT IS ORDERED AND NOTICE IS GIVEN THAT:

(a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the "FILED" date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

(b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed "Certificate of Service" using a copy of this document (WITHOUT any attachments).

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) |
| | ) Case No. _____ |
| | ) |
| | ) [ONLY FOR CHAPTER 13 CASES] |
| | ) APPLICATION BY DEBTOR'S ATTORNEY |
| | ) FOR SUPPLEMENTAL COMPENSATION; |
| Debtor(s) | ) AND ORDER AND NOTICE THEREON |

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

1. This (**Check One**)      IS      IS NOT my final application for compensation in this case.

2. I have previously been awarded a total of $_____.   If granted, the total approved compensation amount will be $_____.

1307 (12/1/15) **Page 1 of 2**

3.  My Disclosure of Compensation shows the debtor(s) and I agreed to:
    ___ Schedule 2   ___ Schedule 3.

4.  My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5.  Allowance of this application will (mark all that apply):
    __ not affect the distribution to creditors.
    __ not change the length of the plan which is estimated at _____ months.
    __ change the length of the plan from an estimated _____ months to an estimated _____ months.
    __ delay the distribution to creditors by approximately _____ months.
    __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %.
    __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
    __ other: _____
    _____.

6.  Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7.  Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE:  _____                    _____
                                      Debtor's Attorney


*STOP:* **BEFORE** **SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**


**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

                                      _____
                                      Signature & Relation to Applicant

1307 (12/1/15) **Page 2 of 2**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 10/11/2013** | | | | | | | | | |
| 1813.002 | 10/11/2013 | 12 | A | 1 | 225.00 | 0.70 | 157.50 | Emails with trustee regarding OCP(.3);  edit OCP (.4). Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 10/11/2013** | | | | | Billable | 0.70 | 157.50 | | |
| **Transaction Date 10/14/2013** | | | | | | | | | |
| 1813.002 | 10/14/2013 | 12 | A | 1 | 225.00 | 0.40 | 90.00 | Emails with trustee regarding BMW and confirmation; emails with R. Clark regarding same. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 10/14/2013** | | | | | Billable | 0.40 | 90.00 | | |
| **Transaction Date 10/15/2013** | | | | | | | | | |
| 1813.002 | 10/15/2013 | 12 | A | 1 | 225.00 | 0.30 | 67.50 | Amend OCP to address confirmation issues; emails with trustee. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 10/15/2013** | | | | | Billable | 0.30 | 67.50 | | |
| **Transaction Date 10/17/2013** | | | | | | | | | |
| 1813.002 | 10/17/2013 | 12 | A | 1 | 225.00 | 0.50 | 112.50 | Attend confirmation hearing. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| 1813.002 | 10/17/2013 | 12 | A | 1 | 225.00 | 0.40 | 90.00 | Telephone conference with BMW Financial regarding car turnover;  email regarding same to R. Clark. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 10/17/2013** | | | | | Billable | 0.90 | 202.50 | | |
| **Transaction Date 10/31/2013** | | | | | | | | | |
| 1813.002 | 10/31/2013 | 12 | A | 1 | 225.00 | 0.40 | 90.00 | Analyze motion for relief filing; emails to creditor regarding motion for relief and stipulation for relief. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 10/31/2013** | | | | | Billable | 0.40 | 90.00 | | |
| **Transaction Date 11/19/2013** | | | | | | | | | |
| 1813.002 | 11/19/2013 | 12 | A | 1 | 225.00 | 0.20 | 45.00 | File Certificate of Financial Management. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 11/19/2013** | | | | | Billable | 0.20 | 45.00 | | |
| **Transaction Date 02/20/2014** | | | | | | | | | |
| 1813.002 | 02/20/2014 | 12 | A | 1 | 250.00 | 0.30 | 75.00 | Telephone call from R. Clark regarding IRS notice; review notice from client. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 02/20/2014** | | | | | Billable | 0.30 | 75.00 | | |
| **Transaction Date 02/21/2014** | | | | | | | | | |
| 1813.002 | 02/21/2014 | 12 | A | 1 | 250.00 | 0.30 | 75.00 | Telephone call to R. Clark regarding IRS notification. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 02/21/2014** | | | | | Billable | 0.30 | 75.00 | | |
| **Transaction Date 05/31/2014** | | | | | | | | | |
| 1813.002 | 05/31/2014 | 11 | A | 99 | | | 0.00 | Write off of $ 160.37 finance charge. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 05/31/2014** | | | | | Billable | 0.00 | 0.00 | | |
| **Transaction Date 01/05/2015** | | | | | | | | | |
| 1813.002 | 01/05/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Telephone conference with R. Clark regarding ongoing property taxes. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |

**In re: Mar Mar Taik; 13-35337-rld13**
**Itemized Billing Summary**
Case 13-35337-dwh13    Doc 66    Filed 01/29/16

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 01/05/2015** | | | | | | | | | |
| **Total for Transaction Date 01/05/2015** | | | | | Billable | 0.20 | 52.00 | | |
| **Transaction Date 01/14/2015** | | | | | | | | | |
| 1813.002 | 01/14/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Attend hearing on motion to allow late claim. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 01/14/2015** | | | | | Billable | 0.30 | 78.00 | | |
| **Transaction Date 01/19/2015** | | | | | | | | | |
| 1813.002 | 01/19/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Review order allowing late claim;  circulate to T. Davis for comments. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 01/19/2015** | | | | | Billable | 0.30 | 78.00 | | |
| **Transaction Date 01/20/2015** | | | | | | | | | |
| 1813.002 | 01/20/2015 | 12 | A | 1 | 260.00 | 1.80 | 468.00 | Prepare motion to avoid new judgment lien;  conference with N. Henderson regarding lien avoidance in 7 and 13; analyze existing liens for priority. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 01/20/2015** | | | | | Billable | 1.80 | 468.00 | | |
| **Transaction Date 02/02/2015** | | | | | | | | | |
| 1813.002 | 02/02/2015 | 12 | A | 1 | 260.00 | 1.20 | 312.00 | Draft 3 motions to avoid liens (.6);  Analyze credit report and court dockets for lien information (.6). Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 02/02/2015** | | | | | Billable | 1.20 | 312.00 | | |
| **Transaction Date 02/03/2015** | | | | | | | | | |
| 1813.002 | 02/03/2015 | 15 | A | 1 | 150.00 | 0.30 | 45.00 | Telephone conference with trustee's office regarding judgment lien avoidance issue; brief conference with T. Sexton regarding same. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 02/03/2015** | | | | | Billable | 0.30 | 45.00 | | |
| **Transaction Date 02/04/2015** | | | | | | | | | |
| 1813.002 | 02/04/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Edit lien avoidance motions. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 02/04/2015** | | | | | Billable | 0.20 | 52.00 | | |
| **Transaction Date 02/05/2015** | | | | | | | | | |
| 1813.002 | 02/05/2015 | 15 | A | 1 | 150.00 | 0.50 | 75.00 | Revise 3 lien avoidance motions and prepare notices; file same with court; serve on parties. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 02/05/2015** | | | | | Billable | 0.50 | 75.00 | | |
| **Transaction Date 03/11/2015** | | | | | | | | | |
| 1813.002 | 03/11/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Review proposed lien avoidance orders. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 03/11/2015** | | | | | Billable | 0.30 | 78.00 | | |
| **Transaction Date 03/25/2015** | | | | | | | | | |
| 1813.002 | 03/25/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Telephone conference with R. Clark regarding mortgage payment change and discharge information. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 03/25/2015** | | | | | Billable | 0.30 | 78.00 | | |

**In re: Mar Mar Taik; 13-35337-rld13**
**Itemized Billing Summary**
Case 13-35337-dwh13     Doc 66     Filed 01/29/16

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 04/01/2015** | | | | | | | | | |
| 1813.002 | 04/01/2015 | 12 | A | 1 | 260.00 | 0.20 | 52.00 | Emails with R. Clark regarding Chase payment change issue. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 04/01/2015** | | | | | Billable | 0.20 | 52.00 | | |
| **Transaction Date 11/24/2015** | | | | | | | | | |
| 1813.002 | 11/24/2015 | 12 | A | 1 | 260.00 | 0.40 | 104.00 | Analyze plan payment reduction issues. Clark/John Russell Chapter 13 Bankruptcy - Mar Mar Clark | ARCH |
| **Total for Transaction Date 11/24/2015** | | | | | Billable | 0.40 | 104.00 | | |

**GRAND TOTALS**

| | Billable | 9.50 | 2,274.50 |
|---|---|---|---|