WAYNE GODARE
Chapter 13 Bankruptcy Trustee
District of Oregon - Portland
222 SW Columbia Street, Suite 1700
Portland, Oregon 97201
(503) 972- 6300

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re<br>    MAR M TAIK | ) Case No. 313-35337-RLD13<br>)<br>) WITHDRAWAL OF TRUSTEE'S<br>) MOTION TO DISMISS FOR<br>) FAILURE TO PROVIDE REQUIRED<br>) TAX RETURNS WITH NOTICE |

The Trustee hereby withdraws the TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE REQUIRED TAX RETURNS WITH NOTICE which was served on 12-14-18. The Trustee requests that any pending hearing be removed from the calendar.

/s/ Wayne Godare
Wayne Godare, Chapter 13 Trustee

I certify Trustee served a copy of this document on debtors by mail, at debtor's address as listed in the Court records, on December 20, 2018. I further certify that the debtor's attorney was served electronically via ECF on December 20, 2018.

/s/ Hung Ng
Office of Wayne Godare, Trustee

WITHDRAWAL OF MOTION TO DISMISS - 1