**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-35337-DWH13 |
| | ) | |
| MAR M TAIK | ) | **SPECIAL NOTICE** |
| | ) | RE: FED. BANKR. RULE 3002.1 |
| | ) | |

# NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee below gives Notice that the amount paid towards the default in the below claim has been paid in the amount indicated, and that the debtor(s) have completed and tendered to the Trustee, all scheduled and required plan payments.

## PRE-PETITION MORTGAGE  PAYMENTS THROUGH THE PLAN

**Name of Creditor**: JPMORGAN CHASE BANK NA DEFAULT PAYMENTS

Court Claim#: 16                                     Last 4 digits of Account #: 1862
Trustee Claim #: 003-0

**Allowed Pre-Petition Arrears:**          $4513.95
**Pre-Petition Arrears Paid by Trustee:**     $4513.95

## RESPONSE REQUIRED IF DISAGREEMENT

   Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), debtor's counsel and the Trustee, within 21 days after service of this Notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322 (b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the  response.  Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of pre-petition payments made by the trustee is attached to this Notice.

## POST-PETITION MORTGAGE PAYMENTS OUTSIDE THE PLAN

Any post-petition mortgage payments are paid direct by the debtor(s) and the Trustee has no information regarding the veracity of those payments.  Unless the Trustee receives a copy of the Response (Form 4100R) to this Notice to the contrary, the Trustee will assume that all required post - petition mortgage payments have been made and the debtor(s) are current.

September 6, 2019

/s/  Wayne Godare
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail
address registered with the Court on this 6   day of September , 2019.

MAR M TAIK
13188 NW HARVEST STREET
PORTLAND, OR. 97229

NICHOLAS J HENDERSON
MOTSCHENBACHER & BLATTNER, LLP
117 SW TAYLOR ST SUITE 300
PORTLAND, OR. 97204-

JPMORGAN CHASE BANK NA DEFAULT PAYMENTS
PO BOX 24785
MAIL CODE 0H4-7164
COLUMBUS, OH. 43224-

U.S. Trustee

Dated: September 6, 2019

/s/  Rose M Chattan
*For* The Office of The Chapter 13 Trustee

# Disbursements for Claim

Case: **13-35337** **MAR M TAIK**

**JPMORGAN CHASE BANK NA DEFAULT PAYMENTS**
PO BOX 24785
MAIL CODE 0H4-7164
COLUMBUS, OH  43224-

Sequence:  05
Modify:
Filed Date:  12/16/2013
Hold Code:

Acct No: 1862

¶2B1 MTG - 13188 NW HARVE

| | | Debt: | $4,513.95 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- |
| Amt Sched: | ########## | | | Accrued Int: | $0.00 |
| Amt Due: | $300.00 | Paid: | $4,513.95 | Balance Due: | $0.00 |

| | | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **0030** | **JPMORGAN CHASE BANK NA DEFAULT PAYMENTS** | | | | | | |
| | C | 05/15/2017 | 0 | ($7,786.05) | $0.00 | ($7,786.05) | |
| | | 01/31/2017 | 9001247 | $300.00 | $0.00 | $300.00 | 02/28/2017 |
| | | 12/30/2016 | 9001202 | $300.00 | $0.00 | $300.00 | 01/31/2017 |
| | | 11/30/2016 | 9001160 | $300.00 | $0.00 | $300.00 | 12/31/2016 |
| | | 10/31/2016 | 9001119 | $300.00 | $0.00 | $300.00 | 11/30/2016 |
| | | 09/30/2016 | 9001082 | $300.00 | $0.00 | $300.00 | 11/07/2016 |
| | | 08/31/2016 | 9001042 | $300.00 | $0.00 | $300.00 | 09/30/2016 |
| | | 07/29/2016 | 9001007 | $300.00 | $0.00 | $300.00 | 08/31/2016 |
| | | 06/30/2016 | 9000976 | $300.00 | $0.00 | $300.00 | 07/31/2016 |
| | | 05/31/2016 | 9000956 | $300.00 | $0.00 | $300.00 | 06/30/2016 |
| | | 04/29/2016 | 9000937 | $300.00 | $0.00 | $300.00 | 05/31/2016 |
| | | 03/31/2016 | 9000921 | $300.00 | $0.00 | $300.00 | 04/30/2016 |
| | | 02/29/2016 | 9000905 | $300.00 | $0.00 | $300.00 | 03/31/2016 |
| | | 01/29/2016 | 9000890 | $300.00 | $0.00 | $300.00 | 03/04/2016 |
| | | 12/30/2015 | 9000873 | $300.00 | $0.00 | $300.00 | 01/31/2016 |
| | | 11/30/2015 | 9000857 | $300.00 | $0.00 | $300.00 | 12/31/2015 |
| | | 10/30/2015 | 9000841 | $300.00 | $0.00 | $300.00 | 11/30/2015 |
| | | 09/30/2015 | 9000827 | $300.00 | $0.00 | $300.00 | 10/31/2015 |
| | | 08/31/2015 | 9000812 | $300.00 | $0.00 | $300.00 | 09/30/2015 |
| | | 07/31/2015 | 9000799 | $300.00 | $0.00 | $300.00 | 08/31/2015 |
| | | 06/30/2015 | 9000785 | $300.00 | $0.00 | $300.00 | 07/31/2015 |
| | | 05/29/2015 | 9000771 | $300.00 | $0.00 | $300.00 | 06/30/2015 |
| | | 04/30/2015 | 9000756 | $300.00 | $0.00 | $300.00 | 05/31/2015 |
| | | 03/31/2015 | 9000742 | $300.00 | $0.00 | $300.00 | 04/30/2015 |
| | | 02/27/2015 | 9000728 | $300.00 | $0.00 | $300.00 | 03/31/2015 |
| | | 01/30/2015 | 9000713 | $312.55 | $0.00 | $312.55 | 02/02/2015 |
| | | 12/30/2014 | 9000698 | $587.45 | $0.00 | $587.45 | 01/02/2015 |
| | | 10/31/2014 | 9000668 | $300.00 | $0.00 | $300.00 | 11/03/2014 |
| | | 09/30/2014 | 349335 | $300.00 | $0.00 | $300.00 | 10/07/2014 |
| | | 08/29/2014 | 347398 | $300.00 | $0.00 | $300.00 | 09/04/2014 |
| | | 07/31/2014 | 345255 | $300.00 | $0.00 | $300.00 | 08/06/2014 |

| Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|
| 06/30/2014 | 343006 | $300.00 | $0.00 | $300.00 | 07/09/2014 |
| 05/30/2014 | 340783 | $300.00 | $0.00 | $300.00 | 06/04/2014 |
| 04/30/2014 | 338482 | $300.00 | $0.00 | $300.00 | 05/08/2014 |
| 03/31/2014 | 336226 | $300.00 | $0.00 | $300.00 | 04/07/2014 |
| 02/28/2014 | 334041 | $300.00 | $0.00 | $300.00 | 03/06/2014 |
| 01/31/2014 | 331856 | $300.00 | $0.00 | $300.00 | 02/05/2014 |
| 12/30/2013 | 329557 | $1,200.00 | $0.00 | $1,200.00 | 01/06/2014 |

Sub-totals: $4,513.95    $0.00    $4,513.95

Grand Total: $4,513.95    $0.00